STATE OF MAINE                                    SUPERIOR COURT
SAGADAHOC, ss.                                    Civil Action
                                                  Docket No. AP-20-2


JOHN RAGUCCI,                    )
                                )
            Appellee            )
                                )
vs.                             )                 ORDER
                                )
THE DANIEL HOTEL,               )
                                )
            Appellant           )


The Defendant/Appellant having failed to timely file its brief pursuant to the Briefing

Schedule dated June 8, 2020, Plaintiff/Appellee's Motion to Dismiss is hereby GRANTED.

This appeal is dismissed with prejudice.


8-14-20
_____          _____
Dated                                    Justice, Maine Superior Court

STATE OF MAINE
SUPERIOR COURT

SAGADAHOC, SS.
CIVIL ACTION
DOCKET NO.: BATSC-AP-20-02

JOHN RAGUCCI
    Appellee,

vs.

THE DANIEL HOTEL
    Appellant,

)
)
)
)
)
)
)
)

## ORDER ON APPLLANT'S MOTION TO ENLARGE

Appellant's Motion to Enlarge Time to File Appellant Brief is hereby:

_____
Granted

   X
_____
Denied

Date: 8-14-20

_____
Magistrate/Judge